IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:10-CR-101-1D

UNITED STATES OF AMERICA :
: **JUDGMENT**
v. :
:
RICHARD JOSEPH HARRINGTON :

Pursuant to the Preliminary Order of Forfeiture entered by the Court on January 12, 2011, judgment is hereby entered against defendant, RICHARD JOSEPH HARRINGTON, in the amount of $35,000.00. Post-judgment interest shall accrue at the rate of 0.29%.

This 12th day of January, 2010.

/s/ Julie Richards
DENNIS P. IAVARONE
Clerk
U. S. District Court