IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:10-CR-101-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| RICHARD JOSEPH HARRINGTON | : |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on January 12, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 981(a)(1)(C), as made applicable by Title 28, United States Code, Section 2461, based upon the defendant pleading guilty to 18 U.S.C. § 201(c)(1)(B), and agreeing to the forfeiture of the property listed in the January 12, 2011 Preliminary Order of Forfeiture, to wit:

(A) Men's Rolex "Submariner," Model 166192, Serial Number F241488,

(B) Women's Rolex "Yachtmaster," Model 169622, Serial Number Y813831,

(C) Ladies Rolex Watch, Model 179173, Serial Number D053913

(D) Men's Rolex Watch, Model 16710T, Serial Number D251174

(E) Men's Omega Watch "SeaMaster," Serial Number 78301341

(F) Persian 100% silk "QUM" handwoven rug

(G) Chinese copy of 100% silk handwoven Persian rug

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30

consecutive days, between February 16, 2011 and March 17, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's January 12, 2011 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the January 12, 2011 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Justice is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __15__ of day __November__, 2011.

*/s/ James Dever*
JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE

3